[No. 7105-3-II.  Division Two.  September 11, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY
PEASE, *Appellant.*

Appeal from a judgment of the Superior Court for
Thurston County, No. 82-1-00370-4, Gerry L. Alexander,
J., entered June 15, 1983. *Affirmed* by unpublished opinion

per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Petrich, J.